| For Clerk's Office Use | | |
|---|---|---|
| Judge K | Recd Date | Grv. |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Antonio Hawkins

**PRISONER NO.:** 1182989

**PLACE OF CONFINEMENT:** River North Correctional Center

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**NOV 2 9 2018**

JULIA C. DUDLEY, CLERK
BY: H. Beeson
DEPUTY CLERK

Antonio Demetrius Hawkins
Enter Full Name                    Plaintiff

**VS.**

Sgt. Jackson - C/O "Big" Lundy - Lt. Colna
c/o Halsey - c/o Warren - Sgt. Mays - c/o J. Devine
Enter Full Name(s)              Defendant(s)

**CIVIL ACTION NO.** 7:18CV591

A.    Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____✓_____ Yes              _____ No

B.    If your answer to A is Yes, describe the action in the space below.

1.    Parties to the Action:   Cpl. McCauley - Dep. Bussler - Dep. Drew
Dr. Jamaludeen
VBSO employee's

2.    Court:   U.S District Court Eastern District of Virginia

3.    Docket No.:   2:18cv188

4.    Judge:   Arenda L. Wright Allen

5.    Disposition:   Still Pending

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.    Have you filed any grievances regarding the facts of your complaint?

Yes   _____✓_____      No   _____

1.    If your answer is Yes, complete the enclosed verified statement, indicating the result.   Please attach evidence of your exhaustion of all available grievance procedures.
The answer failed to provide any type of remedy to rectify what happened.

2.    If your answer is No, indicate the reason for failure to exhaust on the verified statement.   You may be required to exhaust your claims through any applicable grievance procedures.   Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.  **Statement of Claim** - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Go to paper package →

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

Go to paper package →

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

Go to paper package →

E.  State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.  $500,000.00 (Five hundred thousand dollars)

An immediate transfer from RNCC and the Western Region

SIGNED THIS _____ DAY OF _Nov, 05_____, 20_18_.

_____
(Signature of Each Plaintiff)

**VERIFICATION:**

I, _Antonio Hawkins_____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury.  I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _10- 5 - 18_   SIGNED: _____

(12-21-17)

Claim ① ( In regards to: Sgt. Jackson / c/o Big Lundy.

On 12-21-17 I arrived at River North Correctional Center. Before coming to River North I had received a brand new television while I was in seg at Augusta. Before leaving Augusta the property officer made sure he had plugged the television in in front of me to confirm that it was working. Upon getting off th. bus at River North there were at least 10 officers. waiting outside. Two of the officers were c/o Lundy. and Sgt. Jackson. As soon as the other inmates and I steped off of the bus vulgar and racist comment. were being made by the officers towards us. Commet. like: "Boy do y'all know were y'all at." And, "Y'all black asses are ours now." It was like they were trying to intimedate us for no reason. Those comments wer. made by Sgt. Jackson and c/o Lundy. ~~~~~ After that our televisions were taken from us by Sgt. Mainer. Then the other three inmates and I were taken to segregation. In the following week, on the day we were being released (12-28-17) the property officer Repass informed me and other thre. black inmates that all our televisions were broken. He said that spider web cracks were on all of our screens. All of our T.V's the same way.

This was a hate crime and a statement. A statement saying, "Welcome to River North. We dont like your kind and if you dont want trouble

like this then you better stay in line."
The message was made soon as we got off of
the bus and it was made loud and clear in
regards to my television. At River North destroy-
-ing an inmates property is a well known
retaliation tactic used as a form of revenge
to get back at inmates who they deem are
disrespectful. The records of grievances in
regards to this heinous tactic speak for its
self.

  As a result of these acts Sgt Jackson and
c/o Lundy are liable for violating my eighth ~~and~~ and
fourteenth amendments. Those acts caused me
emotional distress and psychological trauma. I
also had to spend money to get my television
fixed. Due to the severity of the comments made by Sgt
Jackson and c/o Lundy I believe that is enough
circumstancial evidence that points them having
something to do with vandalizing my T.V. On my
second attempt my grievances were rejected by the
grievance coordinater and dismissed. In the end no
investigation was done (see grievances).

(5/23/18)

Claim ② (In regards to: Lt. Colna /c/o "Big" Lundy)

On 5/23/18 about 8:30am I was told by a floor officer to go to medical because of the on-going chest pains I was having. Before I exited the pod (A-2) c/o Hickman and Lt. Colna came out of the office to inquire where I was going. I told them it felt like I was having a heart atta-ck and that the floor officer had told me to go to medical. Lt. Colna then stated: "I don't care get your ass back in the pod" When I hesitated Lt. Colna put me in cuffs then pushed my face into the wall. I then reacted by telling Lt. Col-na to "suck my dick". In response Lt. Colna sai-d these things to me: "Boy you better shut your black ass up before I take you in the office and beat your skull in" I then told him that I wasn't scared of him and that he could not inti-midate me. He responded by saying: you got cuff on right now boy, i'll fuck you up, pussy you keep running your mouth im going to stick a broomsti-ck up your ass" When I told him that I wo-uld fight him back if he tried he whisperd in my ear: "I hope you die nigger". I contin-ued to tell him that I was having chest pains and he told me to die.

Five minutes later Lt. Colna called outside to c/o Lundy so that he could take me to segregation.

When c/o Lundy grabbed my cuffs from behind Lt. Colna said this to c/o Lundy: "Introduce him to River North the proper way." Then Lt. Colna stated to me: "Bye you pussy". After I responded back "fuck you" to Lt. Colna c/o Lundy then began to twist my right wrist in the handcuffs then he told me to "shut the fuck up". He twisted my hand so hard that my hand started to go numb. When I yelled out from the pain c/o Lundy started choking me by my collar till I could'nt breath. Other inmates who witnessed this outside were yelling "stop choking him. He cant breath." Once I was in seg Nurse Turner witnessed the condition of my mangled hand and cuts on my wrist. After that she gave me a medical evaluation to assess my chest pain ( which was due to hypertension ).

      Both of these River North officers, Lt. Colna and c/o Lundy are known for their racist and vind-ictive indifference towards black inmates. The sexual comment made by Lt. Colna was truly dis-turbing. River North correction officers are known to use a tactic called "cranking your wrist", which is to twist an inmates hands, in cuffs behind one's back, as hard as they can. It is ~~meant~~ ment to cause ~~████~~ pain by cutting an inmate's wrist. It is used-

as a retaliation tactic when officers get mad at inmates for "talking to much".

Lt. Colna and c/o Lundy are both liable for violating my eighth and fourteenth amendments. Lt. Colna's verbal abuse containing threats of physical harm, sexual abuse and racial slurs have left me traumatized psychologically and emotionally. I am scared to death of that man. C/o Lundy's use of excessive force on the orders of Lt. Colna has caused nerve damage in my right hand and wrist. Due to the injury, the top and thumb side of my right hand is completly numb and void of proper blood circulation. I can barely open and close my hand without contracting muscle locking spasms. In regards to the injury I obtained, I was first seen by Dr. Stevens on 5/30/18. On that day Dr. Stevens examined the condition of my ▓▓▓ ▬ hand and scheduled me for an x-ray. That x-ray showed no broken bones but Dr. Stevens said I had nerve damage due to superficial nerve inflamation. I was prescribed nerve medication for nerve pain and Roboxan for the muscle spasms. I was also seen on 7/18 for continuing pain.

(8/27/18)

Claim ③ (In regards to: Lt. Colna)

On 8/27/18 while I was in A-1 pod an inmate who is a member of the "blood gang" informed me that Lt. Colna had told several members of high rank in the blood gang in C-building that I was "snitching" on them and certain activities that they were involved in. The inmate also told me that because of that I now had a "hit" placed on me. After hearing this I went outside to rec where other inmates confirmed that Lt. Colna had lied to gang members and now a "hit" was placed on my life. After hearing this I immediately wrote an informal complaint and informed the Unit Manager in regards to what Lt. Colna was doing. To no avail. Lt. Colna has done this in retaliation for me writing grievances (which led to a P.R.E.A investigation) for him making abusive, sexual and racist comments and threats towards me on 5/23/18. Not only am I in danger at River North but also Wallens Ridge. Some of the top ranking "bloods" at River North have sent word to members at Wallens Ridge to attack if I came there.

Getting hits put on inmates is also another retaliation tactic used by River North high ranking officers. What these officers will do is either spread a "snitch" rumor in regards to the inmate they want hit or they will flat out hire an inmate to attack someone for a small fee. The officers will offer bags of comissary, electronic items or pod jobs to any inmate that they feel will get the job done. Lt. Colna is one of the officers, amongst a hand full, known for putting hits on inmates who write grievances on him or verbal altercations with him. In fact there is an officer by the name of Sgt. Murry who was just demoted back to regular officer because she persuaded an inmate to attack another inmate because that inmate offended her. Hits being placed on inmates are prevalent at River North if one offends the wrong officer. I offended Lt. Colna and got a "hit" put on me.

Lt. Colna is liable for violating my eighth amendment right. Because I wrote grievances on Lt. Colna, which offended him, he took it upon himself to punish me in his own fashion. He punished me

by spreading a rumor to gang members that I snitched on them, there by getting a gang hit placed on me. That is cruel and unusual.

Because of the actions of Lt. Colna I fear for my life. I am paranoid and do not trust anyone. I am currently on Prozac to battle the depression that I've been feeling due to all the gang threa-ts. I am currently in protective cus-tody because I can't go to general pop-ulation at River North or Wallens Ridge. I do not want to get stabbed.

Claim ④ (In regards to c/o Halsey) (5/23/18)

On 5/23/18 while I was in A-2 seg pod at River North I requested two informal com-plaints from officer Halsey. The informal co-mplaints was in regards to an incident that happened earlier that day involving Lt. Colna and c/o Lundy. Upon request of the complaints officer Halsey denied me. He stated "if your writting other officers up i'm not getting you shit". I had to wait till the night shift to recieve the complaints. A couple of weeks had went by after I had submitted my complaints

Page 9

and I had not recieved any receipts in regards to those complaints. On 6/12/18 while still in seg, officer Halsey came to my door from the middle of nowhere and said: "Good luck with those complaints making it to the mailbox". Later that night I informed Lt. Richardson about what c/o Halsey was doing and he instructed me to give him all my informal complaints from then on. c/o Halsey was later removed out of the building because of this.

This is another retaliation or more so a deterence tactic used by River North officers. If an officer feels as though an inmate will write them up, the officer will refuse to issue a complaint to an inmate upon request. Officers will also delay, hinder or right throw away any grievance that they deem they or their "buddies" are the subject of. c/o Halsey is known for doing such.

c/o Halsey is liable for violating my first amendment rights. c/o Halsey not only hindered my first amendment right by denying me an inforr -al complaint he also circumvented my institutiona

mail once I submitted two informal complai-
-nts. By detering my freedom of speech
within these confines c/o Halsey has
violated my first amendment rights.
Because of his actions I was delayed
in my right to exhaust my grievance
procedure.

Claim ⑤ (In regards to: c/o Warren) (6/13/18)
　　　On 6/13/18 between 3:15 - 4:30pm as B-2
pod was exiting the chow hall c/o Warren asked
me to step to the side so he could pat me
down on a routine pat down. As c/o Warren
was patting me down he whispered this comment
in my ear: "You're the little pussy that keeps
writing my officers up." He was refering to me
writing grievances on Lt. Colna and c/o Lundy.
After he said that comment I responded
back by saying: "Did you enjoy feeling on an-
-other man." Once I said that c/o Warren
and Sgt. Wolf slammed me against a fence
then cuffed my hands then took me to seg.
On the way to segragation c/o Warren made
this comment: "You better hope I dont have to
pack your shit." (Referring to my property in B-2)

Once I was locked inside a seg shower, awaiting a cell, Sgt. Wolf and c/o Warren had came back with my property. They did not bring my property into the seg pod to inventory my property, which is the normal way it is done, but sat out of sight in the hallway with my property. They never gave me a copy of my property form, which is also the norm, they just gave me my Bible then took my property to the property building. Before c/o Warren exited A-2 seg he made this comment to me; "You're going to have a big smile on your face when you get out." On the day that was released from seg (6/28/18) I was escorted by Sgt Dalton to A-1. Upon entering A-1 and settling into my cell, I pulled my JP5 player out of my bag to discover that my screen was cracked on my JP5. It had a boot print on the cracked screen. I immediately informed Sgt. Dalton and c/o Bowman and showed them the condi- tion that my player was in. I informed Assistant War- den White and he took a picture of my JP5 with his phone and informed me that he would investigate what had occured.

During Warden White's investigation and the res- ponse process of my grievance procedure there was total disregard from the powers that be in regards to my situation. (see grievance number- ████████

Page 12

(RNCC-18-REG-00225) The property officer Repass lied and the camera footage will prove it.

This is another act of retaliation due me writing my grievance on Lt. Colna. This incident follows the same common thred of retaliation since I submitted a grievance in regards to Lt. Colna. Once again the retaliation of destroying an inmates electronics (JP5) was used as a tactic. Because c/o Warren felt I offend him he destroyed my player in regards to me writing grievances on Lt. Colna. His initial verbal abuse towards me was just the catalyse.

c/o Warren is liable for violating my eighth amendment rights. The right to be free from a correctional officer vandalizing my property in retaliation.

Claim ⑥ (In regards to: Sgt. Mays /c/o J. Devine) (9/18/18)

On 9/18/18 Sgt. Mays escorted me from A-? into the seg pod A-2 for a minor conflict that occurred between another officer and I. As Sgt Mays was taking me to a cell he made this statment ' "I heard your the one who's trying to get c/o's fired. Why are you being such a dick." After

that comment I informed him that I would write
him up for what he just said and then I request-
ed an informal complaint. Sgt. Mays denied me an
informal complaint then made this statement:
"I aint giving you shit". After he made that comme-
nt I was escorted to cell 236.

On the next day (9-19-18) I was continuiously
denied informal complaints by Sgt. Mays, c/o Dalton
and c/o J. Devine.

The day after that (9-20-18) as I was exi-
-ting cell A236 for showers (8:00am) c/o Devine ma-
de this comment to me: "Whaaa you little pussy,
you still crying about trying to write officers up".
I then turned around and said: "Who are you
calling a pussy". As soon as I said that, with th-
-e assistance of c/o Denton, c/o J. Devine began
to ram my head into the wall using excessive
force. At that time Sgt. Mays ordered c/o Devine
to "crank those motherfuckers up" in reference
to twisting my hands in cuffs behind my back.
I felt like was breaking my wrist. As they were
dragging me to the stairs I informed them
that I couldn't walk properly because the
shackles were cutting into my ankles. After
I said that Sgt. Mays made this comment:

Page 14

Drag his black ass down the stairs. Which they attempted to do untill I regained my balance. After I was taken down the stairs I was placed in strip cell A 224. That whole cell was covered in feces, the bed also. The day before an inmate was in that cell smearring feces all over the cell. That cell was not cleaned thouroughly. C/O Devine sla- mmed my face into the feces covered bed and said: "He likes writing officers up. Put his face right into this shit". After that Sgt. Mays made this comment: "He wants to act like a monkey he's going to get humiliated like one". I was then st- -riped naked then placed in restraints by Sgt. Wolf. There was no justification for me being stripped naked and placed in restraints. I was not out of control nor was I acting in an agressive manner. The camera footage will confirm that. A couple of minutes later C/O J. Devine came to my window, as I was sitting naked, and said: "Look at that little motherfucker you got. I thought you guys had bigger one's than that". It was so cold it felt like I was freezing. Sgt. Mays refused to give me a safety smock to cover up with. While I was in that cell my water was off for six hours. While I was in that cell Sgt. Mays instructed

the floor officers not to feed me lunch or dinner as punishment. When the water was finally cut on I could not even reach the sink because of the restraints. When I had the need to defecate I asked for toilet paper which was refused by Sgt. Mays. Despite being denied toilet paper I still made an effort to defecate, yet I had nothing to wipe myself with. Another time I had to de-fecate, I asked Sgt. Mays to uncuff one hand so that I could wipe myself with my bare hand and water. Still he refused. I stayed in that cell covered in fecal matter for 24 hours. The next day I was taken out of the strip cell and placed back in cell 23b with all of my property.

Once again a retaliation tactic was utilized because the officers felt as though I offended them. The tactic of "cranking" my hands up in cuffs behind my back, was used out of retaliation to inflict pain. C/o Devine attempted to break my hand in regards to this. There was no justification in putting me in a feces covered strip cell. There was no justification in taking clothes away from me and placing me in restraints. →

There was no justification for denying my trays as punishment. There was no justification for leaving me in a cell for six hours without water. There was no justification for being subjected to racist and sexual comments from officers. There was no justification for me being denied basic human needs such as having toilet paper and the ability to wipe myself.

These incidents are all part of a common thread of retaliation against me at River North. The common thread is the result of me writing Lt. Colna up because he made racist and sexual comments towards me. Because of this I've been threatened. My life has been threatened and I've had property destroyed all in retaliation to me writing this one man up. Everything that's happened to me are common tactics utilized by officers towards inmates who they feel write to many complaints.

Sgt. Mays and Officer J. Devine are both liable for violating my eighth amendment rights. Sgt. Mays is also liable for violating my fourteenth amendment rights. First of all there was no justification for officer Devine to use excessive force when he was not provoked to do so. That initial unnecessary use of ████ excessive force was an

eighth amendment violation. Sgt. Mays ordering C/O J. Devine to "crank" my hands in cuffs behind my back was cruel and unusual. C/O J. Devine inflicted pain on me with no justification. Later on that night the barbaric injuries that I obtained were first witnessed by Nurse Jones. There was a two inch gash on the side of my left wrist as well as additional nicks and small cuts on my right wrist. There was no feeling or circulation in either of my hands. I'm still devoid of either untill this day. On 10/9/18 I was seen by Dr. Stevens in regards to my hand injuries. I was told by Dr. Stevens that I obtained superficial inflammatory nerve damage to both hands. Sgt Mays ordering officers to drag his black ass down the stairs was a violation of my eighth amendment rights. Sgt. Mays ordering officers to place me in a feces covered strip cell with no justification or without due process is a violation of my eighth and fourteenth amendment rights. Sgt. Mays making the racist and sexually abusive comment; "Since he wants to act like a monkey we're going to strip him down and treat him like one", is a violation of my eighth amendment rights. That type of

cruel and unusual punishment have left me em-
otionally scared. That experience degraded me
as a man and human being. C/o J. Devine making
the racist and sexual comment; "Look at that
small motherfucker. I thought you guys had bigg-
er ones than that", is a violation of my eighth
amendment rights. Being subjegated to that type
of abuse, while in the midst of being punished, is
cruel and unusual. Those comments made me feel
ashamed of myself. I was feeling inadequate as
a man. Sgt. ▓▓▓▓ Mays denying me food, water
for six hours, clothing, toilet paper and the
right to be uncuffed to defecate then wipe
myself is cruel and usual. Therefore it is a
violation of my eighth amendment rights.

     The strip cell sanctions at RNCC are imposed
for periods extending long past the misbehavior,
and the use of those sanctions lacking any conne-
ction to the actual misbehavior itself. There
is evidence on the record showing that strip
status is used as punishment for behavior not
connected to the misuse of clothing or property.
However, there may be adequate penological
justification for stripping inmates when and for
so long as a misuse of clothing prensents a risk to
personal safety and property damage. Otherwise

it lacks a legitmate penological justification and
is unconstitutional, such as is in my case.



Antonio Hawkins 1829289
River North Correctional Ctr.
329 DellBrook Ln
Independence, VA 24348

RECEIVED
NOV 2018
RNCO MAILROOM
OUTGOING LEGAL MAIL

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208